Myer-Kotkin, and Edward Wolf, *Petitioners*, v. J. W. Walker, *Respondent*.

Opinion filed May 6, 1931.

Petition for rehearing denied June 29, 1931.

*Rosenhouse & Rosenhouse*, for Petitioners;

*Baum & Baum*, for Respondent.

.PER CURIAM.—The writ of certiorari heretofore issued in this cause having been considered by the Court, and the foregoing opinion prepared under chapter 14553, Acts of 1929, adopted by the court as its opinion, it is considered and ordered by the Court that the writ of certiorari be, and the same is hereby quashed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.